# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| D'Agostino, Mae A. | US District Court for the Northern District of New York | 01/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Disctrict Court Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

US District Court
James T. Foley U.S. Courthouse
445 Boradway
Albany, NY 12207

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/10/2008 | American International Life Insurance Co, structured settlement for future payments of legal fees earned |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Albany Law School | $3,200.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY State Bar (Commercial and Federal Litigation) | 05/19/2017 - 5/22/2017 | Saratoga , NY | Speaker - CLE and attend banquet | hotel/lodging/meals |
| 2. | Central NY Bankruptcy Bar | 10/20/2017 - 10/21/2017 | Cooperstown, NY | Speaker and attened banquet | hotel/lodging/meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Account | A | Interest | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Trustco Bank - checking accocunt | A | Interest | J | T | | | | | |
| 4. Trustco Bank - money market | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Fidelity Brokerage Account (H) | | | | | | | | | |
| 8. - Cash | A | Interest | J | T | | | | | |
| 9. - Fidelity 500 Index | A | Dividend | K | T | Sold (part) | 8/23/17 | J | A | |
| 10. - Fidelity 500 Index | A | Dividend | K | T | Sold (part) | 10/31/17 | J | A | |
| 11. - Fidelity Contra Fund | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 12. - Fidelity Contra Fund | A | Dividend | J | T | Sold (part) | 06/06/17 | J | A | |
| 13. - Fidelity Contra Fund | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 14. - FIdelity Extended Mrkt | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 15. - Fidelity Strategic Divd & Income | A | Dividend | J | T | Sold (part) | 06/17/17 | J | A | |
| 16. - Fidelity Strategic Divd & Income | A | Dividend | J | T | Buy (add'l) | 06/16/17 | J | | |
| 17. - Fidelity Strategic Divd & Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Strategic Divd & Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 19. - Fidelity Strategic Divd & Income | A | Dividend | J | T | Sold (part) | 09/26/17 | J | A | |
| 20. - Fidelity Mid Cap Index | A | Dividend | J | T | Sold (part) | 06/17/17 | J | A | |
| 21. - Fidelity Mid Cap Index | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 22. - Fidelity Mid Cap Index | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 23. - Fidelity Low Priced Stock | A | Dividend | J | T | Sold (part) | 01/27/17 | J | A | |
| 24. - Fidelity Low Priced Stock | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 25. - Fidelity Real Estate Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 26. - Fidelity Real Estate Income | A | Dividend | J | T | Sold (part) | 09/27/17 | J | A | |
| 27. - Fidelity Select Technology | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 28. - Fidelity Select Medical Equip | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 29. - Fidelity Select Medical Equip | A | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 30. - Fidelity Mid Cap Index | A | Dividend | J | T | Sold (part) | 06/17/17 | J | A | |
| 31. - Fidelity Select Banking | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 32. - Fidelity Select Banking | A | Dividend | J | T | Buy (add'l) | 01/27/17 | J | | |
| 33. - Artisan Midcap Value | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 34. - Artisan Intl Value | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - FMI International | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 36. - MFS Value fund | A | Dividend | J | T | Sold (part) | 06/17/17 | J | A | |
| 37. - Mathews Asia Dividend | A | Dividend | J | T | Buy (add'l) | 09/26/17 | J | | |
| 38. - Mathews Asia Dividend | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 39. - Mathews Asia Dividend | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | |
| 40. - Oppenheimer Intl Sm/Mid | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 41. - Oppenheimer Intl Sm/Mid | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | |
| 42. - Fidelity Floating Rate | A | Dividend | J | T | Buy (add'l) | 06/17/17 | J | | |
| 43. - Fidelity Floating Rate | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 44. - Fidelity Floating Rate | A | Dividend | J | T | Buy (add'l) | 11/01/17 | J | | |
| 45. - Fidelity Floating Rate | A | Dividend | J | T | Buy (add'l) | 12/19/17 | J | | |
| 46. - Fidelity Focused High Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 47. - Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 48. - Fidelity GNMA Fund | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 49. - Fidelity Focused High Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 50. - Fidelity Strategic Income | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |
| 51. - Pimco Foreign Bond | A | Dividend | J | T | Sold (part) | 08/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Fidelity Government Cash Reserves | A | Int./Div. | J | T | | | | | |
| 53. | | | | | | | | | |
| 54.   Fidelity IRA (H) | | | | | | | | | |
| 55.  - Fidelity 500 Index | C | Dividend | M | T | Sold (part) | 01/26/17 | J | A | |
| 56.  - Fidelity 500 Index | C | Dividend | K | T | Sold (part) | 06/05/17 | J | A | |
| 57.  - Fidelity 500 Index | C | Dividend | K | T | Sold (part) | 09/22/17 | J | A | |
| 58.  - Fidelity 500 Index | C | Dividend | K | T | Sold (part) | 12/12/17 | K | A | |
| 59.  - Fidelity Extended Mrkt Index | C | Dividend | L | T | Buy (add'l) | 09/22/17 | K | | |
| 60.  - Fidelity Extended Mrkt Index | C | Dividend | L | T | Sold (part) | 06/05/17 | J | | |
| 61.  - Fidelity Extended Mrkt Index | C | Dividend | L | T | Sold (part) | 12/12/17 | J | | |
| 62.  - Fidelity Contra Fund | C | Dividend | L | T | Sold (part) | 01/26/17 | J | A | |
| 63.  - Fidelity Contra Fund | C | Dividend | L | T | Sold (part) | 06/05/17 | J | A | |
| 64.  - Fidelity Contra Fund | C | Dividend | L | T | Sold (part) | 09/22/17 | J | A | |
| 65.  - Fidelity Contra Fund | C | Dividend | L | T | Sold (part) | 12/12/17 | J | A | |
| 66.  - Fidelity Mid Cap Index | C | Dividend | K | T | Sold (part) | 06/05/17 | J | A | |
| 67.  - Fidelity Mid Cap Index | C | Dividend | K | T | Sold (part) | 12/12/17 | J | A | |
| 68.  - Fidelity Real Estate Income | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Fidelity Real Estate Income | C | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 70.  - Fidelity Real Estate Income | C | Dividend | L | T | Buy (add'l) | 12/12/17 | J | | |
| 71.  - Fidelity Select Healthcare | C | Dividend | K | T | Sold (part) | 06/05/17 | J | A | |
| 72.  - Fidelity Select Healthcare | C | Dividend | K | T | Sold (part) | 09/22/17 | J | A | |
| 73.  - Fidelity Select Healthcare | C | Dividend | K | T | Buy (add'l) | 12/12/17 | J | | |
| 74.  - Fidelity Select Banking | C | Dividend | L | T | Sold (part) | 09/22/17 | J | A | |
| 75.  - Fidelity Select Banking | C | Dividend | L | T | Buy (add'l) | 01/26/17 | J | | |
| 76.  - Fidelity Select Banking | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 77.  - Fidelity Select Banking | C | Dividend | L | T | Buy (add'l) | 12/12/17 | J | | |
| 78.  - Amer Beacon Bridgeway | C | Dividend | L | T | Sold (part) | 09/22/17 | J | A | |
| 79.  - Amer Beacon Bridgeway | C | Dividend | L | T | Sold (part) | 06/05/17 | J | A | |
| 80.  - Amer Beacon Bridgeway | C | Dividend | L | T | Sold (part) | 12/12/17 | J | A | |
| 81.  - Artisan Intl Value | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 82.  - Artisan Intl Value | C | Dividend | L | T | Sold (part) | 09/22/17 | J | | |
| 83.  - Artisan Intl Value | C | Dividend | L | T | Buy (add'l) | 12/12/17 | J | | |
| 84.  - FMI International | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 85.  - FMI International | C | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - FMI International | C | Dividend | L | T | Buy (add'l) | 12/12/17 | J | | |
| 87. - Janus Global Technology | C | Dividend | M | T | Sold (part) | 09/22/17 | J | A | |
| 88. - Janus Global Technology | C | Dividend | M | T | Sold (part) | 12/12/17 | J | A | |
| 89. - MFS Value Fund | C | Dividend | L | T | Sold (part) | 09/22/17 | J | A | |
| 90. - MFS Value Fund | C | Dividend | L | T | Sold (part) | 06/05/17 | J | A | |
| 91. - MFS Value Fund | C | Dividend | L | T | Sold (part) | 12/12/17 | J | A | |
| 92. - Matthews Asia | C | Dividend | L | T | Buy (add'l) | 12/12/17 | J | | |
| 93. - Matthews Asia | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 94. - Matthews Asia | C | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 95. - Oppenheimer Intl Sm/Mid Cap | C | Dividend | L | T | Sold (part) | 01/26/17 | J | A | |
| 96. - Oppenheimer Intl Sm/Mid Cap | C | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 97. - Oppenheimer Intl Sm/Mid Cap | C | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 98. - Parnassus mid cap Fund | C | Dividend | L | T | Buy (add'l) | 01/26/17 | J | | |
| 99. - Parnassus mid cap Fund | C | Dividend | L | T | Buy (add'l) | 09/22/17 | J | | |
| 100. - Parnassus mid cap Fund | C | Dividend | L | T | Sold (part) | 12/12/17 | J | | |
| 101. - Pax World Small Cap | C | Dividend | J | T | Buy (add'l) | 01/26/17 | J | | |
| 102. - Pax World Small Cap | C | Dividend | J | T | Sold (part) | 06/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Pax World Small Cap | C | Dividend | J | T | Sold (part) | 09/22/17 | J | A | |
| 104. - Fidelity Low Priced Stock | C | Dividend | J | T | Sold (part) | 01/26/17 | L | B | |
| 105. - Fidleity Strategic Income | C | Dividend | J | T | Buy (add'l) | 06/05/17 | K | | |
| 106. - Fidleity Strategic Income | C | Dividend | J | T | Buy (add'l) | 09/22/17 | K | | |
| 107. - Fidleity Strategic Income | C | Dividend | J | T | Buy (add'l) | 12/12/17 | K | | |
| 108. - Fidelity Floating Rate | C | Dividend | J | T | Buy (add'l) | 06/06/17 | K | | |
| 109. - Fidelity Floating Rate | C | Dividend | J | T | Buy (add'l) | 09/22/17 | K | | |
| 110. - Fidelity Floating Rate | C | Dividend | J | T | Buy (add'l) | 12/12/17 | K | | |
| 111. - Pimco Foreign bond | C | Dividend | J | T | Sold (part) | 06/05/17 | J | | |
| 112. - Pimco Foreign bond | C | Dividend | J | T | Buy (add'l) | 09/22/17 | J | | |
| 113. - Pimco Foreign bond | C | Dividend | J | T | Sold (part) | 12/12/17 | J | | |
| 114. - Fidelity GNMA Fund | C | Dividend | J | T | Sold (part) | 06/05/17 | J | | |
| 115. - Fidelity GNMA Fund | C | Dividend | J | T | Buy (add'l) | 09/22/17 | J | | |
| 116. - Fidelity GNMA Fund | C | Dividend | J | T | Sold (part) | 12/12/17 | J | | |
| 117. - Fidelity - Capital and Income | D | Dividend | J | T | Buy (add'l) | 09/22/17 | J | | |
| 118. - Fidelity - Capital and Income | D | Dividend | J | T | Buy (add'l) | 12/17/17 | J | | |
| 119. - Fidelity Government Cash Reserves | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| D'Agostino, Mae A. | 01/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 13 of 13

Name of Person Reporting

D'Agostino, Mae A.

Date of Report

01/25/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mae A. D'Agostino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544